UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Tourscan Pressley #899913 (See Attached)

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

V.

Sarah Schroeder, Sgt. Matt, Cpt. Baldini
C/O. Bressette, C/O. Bray, C/O. Parker, C/O. Nelson
C/O. Dault, C/O. Zamprese, C/O. Hall, Sgt. Tikkanen
C/O. Zamprese, Sgt. Van Aker, Sgt. Perry

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
November 7, 2025 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / ||-7

**2:25-cv-257**
Robert J. Jonker - U.S. District Judge
Maarten Vermaat - Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I.  **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☒  No ☐

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

United States District Court - Western District

2.  Is the action still pending?      Yes ☒  No ☐

a.  If your answer was no, state precisely how the action was resolved: _____

3.  Did you appeal the decision?    Yes ☐  No ☐

4.  Is the appeal still pending?    Yes ☐  No ☐

a.  If not pending, what was the decision on appeal? _____

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☒

a.  If so, explain: _____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

## Attached Plaintiff(s)

Samuel Sanchez #793517
Quinton Daniels #657826
Ta'Quan Pugh #831549
John Mortinger #830677
Deonte Bonner #799964
DeAndre Williams #717386
Brazel Gardenhire #486246
Dangelo Weaver #467134
Austin Hastings #649252
Pony Northern #945176
Fred Colosky #929743
Tery Johnson #457157
Darcell Whittaker #880640
Dacoda Brownfield #722177
Alferd Carson #786076
Bryant Caffey #742995
Tre'Quan Riddle #814430

II.  **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Toursean Pressley #899913_

Place of Present Confinement _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Place of Confinement During Events Described in Complaint _MBP - E-UNIT_

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Sarah Schroeder_

Position or Title _Warden_

Place of Employment _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Official and/or personal capacity? _Official and Personal_

Name of Defendant #2 _Sgt. MATT_

Position or Title _CSS-1_

Place of Employment _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Official and/or personal capacity? _Official and Personal_

Name of Defendant #3 _Cpt. Baldini_

Position or Title _CSS-3_

Place of Employment _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Official and/or personal capacity? _Official and Personal_

Name of Defendant #4 _C/O. Bressette_

Position or Title _Correctional Officer - UNIT C/O_

Place of Employment _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Official and/or personal capacity? _Official and Personal_

Name of Defendant #5 _C/O. Bray_

Position or Title _Correctional Officer - UNIT C/O_

Place of Employment _Marquette Branch Prison_

Address _1960 U.S. Highway 41 South - Marquette, MI 49855_

Official and/or personal capacity? _Official and Personal_

(W.D. Mich. Form – Last Revised: September 2021)

All Plaintiff(s) place of confinement, address and place of confinement during the events described in the complaint are the same as (A).

A) Marquette Branch Prison
1960 U.S. Highway 41 South, Marquette, MI 49855
Marquette Branch Prison - E-UNIT

## Plaintiff(s) Attached

Samuel Sanchez Jr. # 793517
Quinton Daniels # 657826
Ta'Quan Pugh # 831549
John Mortinger # 830677
Deonte Bonner # 799964
De'Andre Williams # 717386
Brazel Gardenhire # 486246
Dangelo Weaver # 467134
Austin Hastings # 649252
Pony Northern # 945176
Fred Colosky # 929743
Tery Johnson # 457157
Darcell Whittaker # 880640
Dacoda Brownfield # 722177

Alferd Carson # 786076
Bryant Caffey # 742995
Tre'Quan Riddle # 814430

II. Parties

B. Defendant(s)

Name of Defendant #6.  C/O. Parker

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal


Name of Defendant #7. C/O. Nelson

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal


Name of Defendant #8. C/O. Dault

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal


Name of Defendant #9. C/O. Zampeese

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal

II. Parties

B. Defendant(s)

Name of Defendant #10. C/O. Hall

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal


Name of Defendant #11. C/O. Zampeese

Position or Title. Correctional Officer - UNIT C/O

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal


Name of Defendant #12. Sgt. Tikkanen

Position or Title. Sgt - CSS - 1

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal

Name of Defendant #13. Sgt - Van Aker

Position or Title. Sgt - CSS - 1

Place of Employment. Marquette Branch Prison

Address. 1960 U.S. Highway 41 South - Marquette, MI 49855

Official and/or personal Capacity? Official and Personal

II. Parties

B. Defendant(s)

Name of Defendant #14. Sgt. Perry
Position or Title. Sgt. CSS-1
Place of Employment. Marquette Branch Prison
Address. 1960 U.S. Highway 41 South-Marquette, MI 49855
Official and/or Personal Capacity? Official and Personal

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 8/29/25 in E-unit i was being led into shower stall-4 for a shower by Unit C/O. Bressette and after being unchained into the stall i noticed that it has not been cleaned due to old soap bars and plastic soap containers used for liquid soap and general trash so while looking around the shower i also took notice to the foul ~~enter~~ oder and upon further inspection thats when i saw all the fuzzy black spots that is consistent with mold all over the back/side walls of the shower and also builded up in the corner's of the shower and also human fece/waste dripping from the cage above the showers and running all down the walls after seeing these unhealthy unsafe conditions i then immediately asked Unit C/O. Bressette, C/O. Bray, C/O. Parker and C/O. Hall to be let out the shower because their was Mold and human fece/waste in the shower and thats when my self along with other inmates were told by all the Unit C/O's Bressette, Bray Parker and Hall that the said conditions would not kill us and that we had to wait till they finished running showers which took 15-20 minutes per inmate to be let out the inhumane conditions which then deemed C/O. Bressette, C/O. Bray, C/O. Parker, C/O. Hall all Liable. On 8/39/25 2nd/shift me and other plaintiffs attempted to inform the unit C/O's which were C/O. Zamprese, C/O. Nelson, C/O. Dault of the earlier events from 1st-shift with the conditions of the showers and that 1st-shift unit C/O's said that it was in their unit staff policy that it was 2nd-shift duty to make sure that the showers were properly cleaned. After informing the unit C/O's of this we asked them to let the Unit porter out to clean the showers which they told us that they were told by (warden) Sarah Schroeder not to let the Unit porter S. Sanchez out to clean which deprived us of decent living conditions thus deemed C/O. Zamprese, C/O. Nelson, C/O. Dault all Liabl.

- 4 -

(W.D. Mich. Form – Last Revised: September 2021)

On 8/30/25 1st-shift we the plaintiffs attempted to ask c/o. Bressette, c/o. Zampeese, Sgt. Van Aker to let the unit porter out to clean the showers and the rest of the unit which we was told No talk to 2nd shift by doing this deprived us of decent living conditions thus deemed c/o. Bressette, c/o. Zampeese, Sgt. Van Aker all Liable.

On 9/17/25 while attempting to shower for the day after being led into shower-stall-2 i notice that the shower was again not clean due to all the trash in the shower and i took notice to the overwhelming smell of mildew while looking around in an attempt to locate the sorce of the smell thats when i seen all the fuzzy spots all up and down the walls of the shower stall so i then along with other plaintiffs informed the unit staff of the conditions of the shower and asked to be let out and was told i had to wait which took about 15-20 minutes before i was let out and before i was taken out i was approached by Sgt. Tik    that the mold is nothing they can fix and that they will take pictures of it and show the Warden which pictures were taken that day after showers by c/o. Bressette which nothing was done deeming c/o. Bressette, c/o. Hall, c/o. Parker, c/o. Mandeling, Sgt. Tikkanen all Liable.

After responding to my step-2 grievance about the said conditions of the Showers in E-unit along with other inhumane conditions of the unit Warden

Sarah Schroeder on 10/8/25 stated in her response that issues regarding shower sanitation have been appropriately addressed in the step-1 response, that the accusations from step-1 grievance had the monthly sanitation report attached from 8/1/25 and step-2 that she Sarah Schroeder was the respondent to had the monthly sanitation report from 10/1/25 attached to it which are very false which i have proof and also the fact that she also says no information has been presented that would support our claim that staff her staff violated department policy is utterly mind blowing and also false which we also have proof and by Sarah Schroeder being the respondent to the said accusations at step-2 and still failing to fix the conditions deems her liable.

On 9/22/25 i was given a response back from my step-1 grievance frow which the respondents were Sgt. Matt, Cpt. Baldini which they stated upon they investigation the unit staff advised that the plaintiff / Unit porter is cleaning showers regularly which is very false thus nothing was done to right the conditions by Sgt. Matt, Cpt. Baldini which deemed them both liable.

From 10/6/25 to 10/27/25 the showers in E-unit has not been cleaned thus further supporting plaintiffs claims of inhuman living conditions by all Defendants deeming them all liable.

T. Prussel

DECLARATION OF QUINTON S. DANIELS #657826

QUINTON S. DANIELS #657826, hereby declares;
I have been incarcerated at Marquette Branch Prison since 2018. Since May of 2025 I have been housed in E-Unit. I am currently in cell 1st 5 which is on the same side as the showers. On August 29, 2025, after being put in shower stall-3 I noticed that the shower had a mildew like odor mixed with the smell of fece, which gave me cause to inspect the stall for the source's of the orders and upon doing so I noticed fuzzy black spots various sizes on the side walls and in the corners by the back wall that is consistent with mold. There was also feces running down the walls inside the shower and on the cage above the shower. I asked unit C/o Bressette, C/o Parker, C/o Bray to let me back out of the shower because of the conditions and was told that I had to wait along with all the other inmates that was asking to be let out which took 10-15 minutes.

The conditions of the showers has not changed the mold and feces are constantly in the showers even after bringing it to staff attention all to yield no results to this very day.

This act of deliberate indifference by (MBP) staff have exposed me to serious harm over several months.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/27/25 at Marquette Branch Prison.

Quinton J. Daniels #657826

Quinton J. Daniels #657826
9/27/25

I Samuel Sanchez Jr. #793517, At Marquette Branch Prison.

Hereby declare, Statement of facts.. #1.
Under perjury is true to the best of my knowledge.

I have been incarcerated at Marquette Branch Prison, since Mid-April of 2022. I am currently housed in Echo block, in Cell 1-1st. I am still the unit porter. I've been the porter for going on 3 months, which I am tasked with cleaning. What ever staff tell me too. And that includes the showers.

#2

On 8-29-2025, I observed Toursean Pressley and other prisoners inform the unit C.O.'s, that there was black fuzzy spots on the walls that appear to be mold. And feces all on walls in several of the shower stalls.

#3

After Toursean Pressley and several other prisoners asked to be taken out of the showers. C.O Bray and the rest of 1st shift that day told them to wait, till showers was done.

#4

After showers I was asked by C.O. Bressette, And the Sgt. Ishawn. When's the last time I cleaned them. I said yesterday. But all those spots been there since I been porter. And they smell funny and look nasty, but they don't come off. And I am not exactly qualified to clean that sort of thing. I only shower in there because I have no choice. No matter how I clean it it don't go away..

#5

I brought the subject up multiple times since then, And told I can't clean it off they just say do your best. I also said they should have a outside source more qualified to deal with it. The shower cages wich I can't fully clean have the same disturbing elements. I also brought the issue up several times prior to 8-29-2025. And prior to this state ment of facts

Print Name Samuel Sanchez Jr #793517

Signature [signature]

Inmate
742995

I have been in this segregation unit three times and it is always the same conditions, nasty!!" I came to the hole July 2, and only been to the shower twice. And that is by chance. For the simple fact that the showers have Blackmold in them!!" They are barly cleaned. They dont even like letting the porter out of his cell. I have been in the hole three months An they only passed out supplies twice. CO's keep telling us that it is not mold in are vents but we can cleanly see that it is. everytime i aske for supplies they threaten me with a ticket, telling me to shut my mouth. we have to wait into the arus come around just to get some some soap, this is just crazy. I just be trying to clean my cell. I am currently trying to ride out this Prison. I keep getting sick Healthcare not even doin anything!!!!" we have eat our food cooked at old mold an Food stuke to the wall, we have feces stuke all on the windows It is just crazy, an this is in every unit, we even have ruts running around the unit on my tids something must be done.

CAFFEY 742995

Ta'Quan Pugh
Hereby declares:

I have been incarcerated at Marquette Branch Prison since 2025 of May I have been housed in E-unit. I am currently in cell 6 which is on the same side as the showers.

On August 29th, 2025, After being put in shower stall-5 I notic that the shower had a mildew like oder mixed with the smell of fece, which gave me cause to inspect the stall for the sorce's of the oders and upon doing so I noticed fuzzy black spots various sizes on the side walls and in the corners by the back wall That is consisten with moid. Their was also fece's running down the walls inside the shower on the cage above the shower.

I asked unit c/o Bressette, c/o Parther, c/o Bray to let me out the shower because of the conditions and was told I had to wait along with all the other inmates that was asking to be let out which took 15-20 minutes.

The conditions of the showers has not changed the moid and feces are contanty in the showers even after Brinsing it up to the staff attention all to yield no Results to this very day.

This Act of deliberate indifference by (MBP) staff have exposed me to serious harm over several months.

ON Se... [illegible] ... INMATES went to the Showers upon Being let into the shower stalls WE immediately identified the SAME BLACK Fuzzy spots and Reported it to C/o Bressette, C/o Hall, SGt Tik. and After shower C/o Bressette took several snap shots of a few shower stalls to show the (Warden) S. Schroeder. After She Reviewed the Pictures She then told the unit-P.C-Nebel along with unit clo's to tell us that their is nothing She can Do but tell the unit-Porter to do a Better Job.

I John R Morninger Inmate number 836672 Am Currently housed At Marquette Branch Prison in E unit. where I have been. Since 8-24-25, and since I have Been in the unit. and others, I have Been forced. to. live in Horrable conditions. Currently. ~~the~~ the Showers. have mold and Feces on the walls the unit walls Urine, Feces, Rotten food. o all over them. There is Black mold all on the cell vents and growing out of Them. I have had to go to medical several times Due to the poor living conditions, we have never been given a Mop and other necessary, utensils, to clean or Rooms So the Conditions worsen by the day. They Refuse to let the porter out. to clean The Rocks/gallory's trash will stay out. on the floors. for Days Sometimes up to a week. There are Bugs in the unit, and When they serve us our food. They Do not. ware the Required PPE They also Slam they count stick on the walls and Rattling There chains. also they currently come search My Room every 4 Days This is my Statement.

John R Morninger

Dangelo Weaver
MDoc #467134
Marquette branch prison
1960 U.S. HWY 41 South
Marquette, MI 49855

October, 27. 2025

⊗ I   Dangelo Weaver #467134, Hereby Declare: Statement of Facts

⊗ I am currently locked up at Marquette Branch prison were Ive been since 6-22-2023. I am currently housed in E-unit were their is mold & fece in the Showers & Nothing is being done to Fix the Nasty Showers even After complaining to All the unit Staff on 1st & 2nd Shift, Also the warden when she did Her round on 8/26/25 & 10/14/25 and by way of prisoner grievance System, which she responds to, even to every Sergnant that Also comes through the unit All to No Avail because we are Still subject to unjust living conditions. There is & Has been Fece, mold & urine all over the unit walls Since being Here without ever being cleaned Just re-painted over

✗Also Their is black mold growing out of the Vents in my cell Around the Stalls/Toilet & Sink, which is inhuman Treatment, & due to me being a Sunni muslim It is going against All my religious rights I can Not properly cleanse myself in my cell Nor in the Showers The cells That I housed in & now housed in only gets clean up one Time A month And That is if inmates bang & Yell for Cell clean up, And wen it does come Around we got No disellecting Spray, bleach, Toilet Scrub To Clean The Floor, Sink Nor Toilet These Acts by (MBP) Staff & Administration has exposed my Health To Serious harm & is cruel & unusual, And it is Also going Against my religious conditions

X Dangelo Weaver                    10/27/25

IV. **Relief**

State briefly and precisely what you want the court to do for you.

We would like the Court to order judgement in favor of the Plaintiff(s) for money damages in the form of Compenstory damages, Punitive damages, Nominal damages in the total amount of $50,000,000.00. We are asking the court to order that the said conditions of E-Unit be fixed immediately. We ask the Court to allow this case to move forward in the presuit of justice.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment.  If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials.  Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates.  Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary.  If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge.  The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

10/29/25
**Date**

*Toursean Bressley*
**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Tourscan Pressley
#899913
Marquette Branch Prison
1960 U.S. HWY 41 South
Marquette, MI 49855



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 49855
02 7H
0006145690    OCT 29 2025
$ 003.56⁰

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503